

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:18-cr-168-JFW-02 |
| v. | |
| Crystal Mireya Diaz, | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _September 26_____, 2022_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Karen E. Scott_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _4/22/22_____

_U.S. District Judge/Magistrate Judge_

KAREN E. SCOTT